

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2024

No. 04-24-00062-CR

**IN RE** Michael **QUINTANA RIOS,** Relator

Original Proceeding[1]

**ORDER**

On April 1, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 5, 2024.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Case No. A18771, in Kerr County, Texas, styled *State of Texas v. Michael Quintana Rios*.